MINNIE STORM, Appellant, v. ROBERT GAIR, JR., Respondent.— Order reversed

upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The fact that this is an action for negligence is not, in the opinion of this court, a ground for refusing or limiting an examination before trial. (*Middleton* v. *Boardman,* 210 App. Div. 467.) Rich, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.